UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ANTHONY RAY,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-1688 JLT HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AARON ANTHONY RAY AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

      Aaron Anthony Ray and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on March 3, 2022. (Doc. 13 at 1-2.) Pursuant to the terms of the stipulation, the matter shall be remanded for an ALJ to issue a new decision. (*Id.* at 1.) The ALJ shall also take further action as needed to complete the administrative record. (*Id.*) In addition, the parties stipulated judgment shall be entered "in favor of Plaintiff, and against the Defendant, reversing the final decision of the Commissioner." (*Id.* at 1-2.) Based upon the terms of the stipulation, the Court **ORDERS**:

    1.    The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

    2.    The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Aaron Anthony Ray and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social

Security.

IT IS SO ORDERED.

Dated: __**March 4, 2022**__                              /s/ Jennifer L. Thurston
                                                                       UNITED STATES DISTRICT JUDGE

2